# Department of State
## Division of Corporations

### Entity Information

Return to Results    Return to Search

#### Entity Details

**ENTITY NAME:** JANUARY TECHNOLOGIES, INC.
**DOS ID:** 5167905
**FOREIGN LEGAL NAME:** JANUARY TECHNOLOGIES, INC.
**FICTITIOUS NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 07/11/2017
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:**
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:** 02/09/2017
**STATEMENT STATUS:** CURRENT
**COUNTY:** ALBANY
**NEXT STATEMENT DUE DATE:** 07/31/2025
**JURISDICTION:** DELAWARE, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY   NAME HISTORY   FILING HISTORY   MERGER HISTORY   ASSUMED NAME HISTORY

#### Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** JANUARY TECHNOLOGIES, INC.
**Address:** 176 GRAND STREET, 4TH FLOOR , NEW YORK, NY, UNITED STATES, 10013

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

#### Chief Executive Officer's Name and Address

**Name:** JACOB CAHAN
**Address:** 176 GRAND STREET, 4TH FLOOR , NEW YORK, NY, UNITED STATES, 10013

#### Principal Executive Office Address

**Address:** 176 GRAND STREET, 4TH FLOOR , NEW YORK, NY, UNITED STATES, 10013

#### Registered Agent Name and Address

**Name:** NATIONAL REGISTERED AGENTS, INC.



EXHIBIT A