

| For Creditors | For Borrowers | Help | About ˅ |

# Contact Us

For borrowers, disputes, payment plans and payment negotiations can all be accessed by logging into the borrower portal. For all other issues, please get in touch.

## General Email

contact@january.com

## Phone Number

(866) 300-1169

## Mailing Address

January Technologies, Inc.
176 Grand Street, 4th Floor
New York, NY 10013

All letters (e.g. payments and communications) from borrowers or their representatives should be sent to the above mailing address.



EXHIBIT D