-------- Original Message --------
Subject: Regarding your $5,503.99 balance

From: Taylor at January <contact@january.com>
Sent: Saturday, February 17, 2024, 10:22 AM
To:
CC:

Login PIN:

Hi Linda Barnes,

I work with January, the company hired to collect on your LendingClub Bank personal loan balance. We're contacting you about your overdue balance of $5,503.99 for the account ending in

I know having debt that's past due is stressful. **That's why I want to help you find a payment option you can afford.**

See My Options  Check Our FAQs

- We'll never charge you a fee for using our payment portal.
- You can set up a payment plan or apply for a settlement at any time.
- Manage the process entirely online, no calls required.

Have questions? Reply to this email or call us at (866) 300-1169.

January is an accredited and A+ rated business with the Better Business Bureau (BBB). It is also a certified member of the ACA and RMA.

Best,

Taylor at January
Solutions Specialist
contact@january.com

January Technologies, Inc., 176 Grand Street, 4th Floor, New York, NY 10013



EXHIBIT
E

Case 1:24-cv-01819-JGLC   Document 1-5   Filed 03/08/24   Page 2 of 2

NOTICE OF IMPORTANT RIGHTS. YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTOR.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Unsubscribe or Stop email for 60 days