

# THE LAW FIRM OF
# PHILIPPS & PHILIPPS, LTD.

David J. Philipps
    davephilipps@aol.com
Mary E. Philipps
    mephilipps@aol.com
Angie K. Robertson
    angie@philippslegal.com

February 26, 2024

January Technologies, Inc.
176 Grand Street
4th Floor
New York, New York 10013

Re:  **Linda Barnes,** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **Account No. ending in** ▮

To Whom It May Concern:

I, along with my co-counsel, Legal Advocates for Seniors and People with Disabilities ("LASPD"), represent Ms. Barnes regarding your improper attempt to collect an debt from Ms. Barnes. As LASPD has previously told you, we demand that you stop your collection actions and stop contacting her and her regarding that account.

Very truly yours,

David J. Philipps
DJP:amt

Cc:   Brian L. Bromberg
      Bromberg Law Office, P.C.
      352 Rutland Road #1
      Brooklyn, New York 11225

9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465
708.974.2900   Fax 708.974.2907
www.philippslegal.com

EXHIBIT F

PITNEY BOWES
$0.640
US POSTAGE
FIRST-CLASS
020M0002310060
2000263507
ZIP 60465
FEB 26 2024

January Technologies, Inc.
176 Grand Street
4th Floor
New York, New York 10013



THE LAW FIRM OF
PHILIPPS & PHILIPPS, LTD.
9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465